**NOTICE OF REMOVAL**

# COMPOSITE
# EXHIBIT A

**State Court Filings**

*Patrick Mercardante v. Bank of America, N.A., Citibank, N.A., and Equifax Information Services, LLC*
**In the United States District Court for the Southern District of Florida**
**West Palm Beach Division**
**Case No.  9:24-cv-81429**



# JOSEPH ABRUZZO
## CLERK OF THE CIRCUIT COURT & COMPTROLLER
### PALM BEACH COUNTY

**CASE NUMBER: 50-2024-CC-015875-XXXA-MB**
**CASE STYLE: MERCARDANTE, PATRICK V BANK OF AMERICA NA**
ACCESS LEVEL: D

| Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Court Events |
| --- | --- | --- | --- | --- | --- | --- |

View documents and order certified copies*. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

**Document Icons**

Document available. Click icon to view.

Add a certified copy of the document to your shopping cart.

Document is Viewable on Request (VOR). Click to request.

VOR document is being reviewed. Click to be notified when available.

**0**

| Public = | | VOR = | In Process = | | Page Size: | All ▾ |
| --- | --- | --- | --- | --- | --- | --- |

| | | DIN | Effective Date | Description | Notes |
| --- | --- | --- | --- | --- | --- |
| | | 2 | 10/22/2024 | CIVIL COVER SHEET | |
| | | 3 | 10/22/2024 | COMPLAINT | FB PLT |
| | | 4 | 10/22/2024 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED PURSUANT TO TO A.O. 2.207 NEED THE AMERICAN WITH DISABILITIES IN ALL LANGUAGES | thomas.bellinder@bellinderlawfirm.com;korbe.g@gitmeidlaw.com PURSUANT TO TO A.O. 2.207 NEED THE AMERICAN WITH DISABILITIES IN ALL LANGUAGES |
| | | 5 | 10/22/2024 | ~~CORRECT AND RESUBMIT SUMMONS NOT ISSUED PURSUANT TO TO A.O. 2.207 NEED THE AMERICAN WITH DISABILITIES IN ALL LANGUAGES | thomas.bellinder@bellinderlawfirm.com;korbe.g@gitmeidlaw.com PURSUANT TO TO A.O. 2.207 NEED THE AMERICAN WITH DISABILITIES IN ALL LANGUAGES |
| | | 1 | 10/23/2024 | DIVISION ASSIGNMENT | RL: County Civil Central - RL (Civil) |
| | | 6 | 10/23/2024 | PAID $420.00 ON RECEIPT 5525056 | $420.00 5525056 Fully Paid |
| | | 8 | 10/23/2024 | COMPLAINT | (AMENDED) |
| | | 9 | 10/23/2024 | SUMMONS ISSUED | thomas.bellinder@bellinderlawfirm.com;korbe.g@gitmeidlaw.com EQUIFAX INFORMATION SERVICES LLC, EISSUED TO ATTY |
| | | 10 | 10/23/2024 | SUMMONS ISSUED | thomas.bellinder@bellinderlawfirm.com;korbe.g@gitmeidlaw.com CITIBANK NATIONAL ASSOCIATION, EISSUED TO ATTY |
| | | 11 | 10/23/2024 | SUMMONS ISSUED | thomas.bellinder@bellinderlawfirm.com;korbe.g@gitmeidlaw.com BANK OF AMERICA N.A., EISSUED TO ATTY |
| | | 7 | 10/24/2024 | DCM DESIGNATION TO THE STREAMLINE TRACK WITH JURY TRIAL ORDER | EDWARD A. GARRISON 10/24/2024 |

12    10/28/2024    $82.50    FL 82 Fully Paid    5530282

517-39760897-e728-40ad-89d4-98f688d5db06

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

<u>Patrick Mercardante</u>
Plaintiff                                                  Case # )_____

                                                           Judge  _____

vs.

<u>Bank of America NA, Equifax Information Services LLC</u>
 Defendant

**II.      AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☒  $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III.      TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

NOT A CERTIFIED COPY

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☒ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Thomas Jon-William Bellinder</u>    Fla. Bar # <u>65254</u>
    Attorney or party    (Bar # if attorney)

<u>Thomas Jon-William Bellinder</u>    <u>10/22/2024</u>
 (type or print name)    Date

NOT A CERTIFIED COPY

- 3 -

IN THE COUNTY COURT OF
THE 15TH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH
COUNTY, FLORIDA

**GEN. JURISDICTION DIV.**

**CASE NO.:**

PATRICK MERCARDANTE,

      Plaintiff,

v.

BANK OF AMERICA, N.A. and EQUIFAX
INFORMATION SERVICES, LLC,

      Defendants.

_____/

NOT A CERTIFIED COPY

## **COMPLAINT**

Plaintiff Patrick Mercardante (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants, Bank of America, N.A. (hereinafter "BOA") and Equifax Information Services, LLC (hereinafter "Equifax") (collectively "Defendants"), hereby alleges as follows:

## **INTRODUCTION**

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers and consumer reporting agencies (hereinafter "CRAs" or "CRA") from inaccurately reporting consumers' credit information.

## PARTIES

2. Plaintiff is an adult citizen of the State of Florida, domiciled in Delray Beach, Palm Beach County, Florida.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4. BOA is a national financial services company and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2 of the FCRA.

5. BOA is a limited liability company that is qualified to do business in the State of Florida and regularly conducts business in the State of Florida.

6. Equifax is a limited liability company that engages in the business of maintaining and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

7. Equifax is a foreign limited liability company that is qualified to do business in the State of Florida and regularly conducts business in the State of Florida. Equifax is one of the largest CRAs in the world.

## JURISDICTION AND VENUE

8. This Honorable Court has original jurisdiction over the instant action pursuant to Fla. Stat. Ann. § 34.01 as the amount in controversy does not exceed the sum of $50,000.00, exclusive of interest, costs, and attorneys' fees.

9. Venue is proper in this Honorable Court pursuant to Fla. Stat. Ann. § 47.011 as, *inter alia*, this cause of action accrued in Palm Beach County, Florida and Plaintiff is domiciled in Palm Beach County, Florida.

## FACTUAL ALLEGATIONS

10. BOA issued a credit account ending in ▮▮▮ to Plaintiff. The account was routinely reported on Plaintiff's consumer credit report.

11. The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

12. On or about August 10, 2023, Plaintiff and BOA entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

13. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $3,782.00 to settle and close his BOA credit account.

14. Plaintiff, via his debt settlement representative, timely made all of the requisite settlement payments. A paid in full letter dated February 27, 2024, from BOA is attached hereto as **Exhibit B**.

15. However, many months later, Plaintiff's BOA account continued to be negatively reported.

16. In particular, on a requested credit report dated August 16, 2024, Plaintiff's BOA account was reported with a status of "CHARGE OFF," a balance of $6,499.00, and an amount past due of $6,499.00. The relevant portion of Plaintiff's August 2024 credit report is attached hereto as **Exhibit C**.

3

17. This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

18. On or about August 19, 2024, Plaintiff, via counsel, notified the national CRAs directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's BOA account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit D**.

19. Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by BOA to the national CRAs, including Equifax, via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

20. In September 2024, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's BOA account remained inaccurate as Defendants failed to correct the inaccuracy. The relevant portion of Plaintiff's September 2024 credit report is attached hereto as **Exhibit E**.

21. Upon information and belief, neither Equifax nor any other CRA notified BOA of Plaintiff's dispute in accordance with the FCRA. Alternatively, Equifax or another CRA did notify BOA of Plaintiff's dispute, but BOA failed to properly investigate and delete the tradeline at issue or failed to properly update the tradeline on Plaintiff's credit report.

22. If BOA had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's BOA account would have been updated to reflect a settled status with a balance of $0.00.

NOT A CERTIFIED COPY

23. Although BOA has promised through its subscriber agreements and/or contracts to accurately update accounts, BOA has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA, which has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

24. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the BOA account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

25. At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

26. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees, was malicious, intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

**CAUSE OF ACTION**
**FAIR CREDIT REPORTING ACT**

27. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

28. Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

29. BOA is an entity that, regularly and in the course of business, furnishes information to one or more CRAs about its transactions and/or experiences with

5

any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

30. BOA is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a of the FCRA.

31. Plaintiff notified the national CRAs directly, including Equifax, of a dispute on the BOA account's completeness and/or accuracy, as reported.

32. BOA failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

33. BOA failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

34. BOA failed to promptly correct Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

35. Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute.

36. Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the BOA account in question, thus violating 15 U.S.C. § 1681e(b).

37. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, lower credit capacity, denial of credit, embarrassment and emotional distress caused by the

6

inability to obtain financing for everyday expenses, increased interest rates, and other damages that may be ascertained at a later date.

38. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

3. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

4. That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

5. That the Court grant such other and further relief as may be just and proper.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

7

## DEMAND FOR JURY TRIAL

Pursuant to Fla. R. Civ. P. 1.430, Plaintiff demands a trial by jury in this action of all issues so triable.

Dated: October 22, 2024

<div style="margin-left: 40%;">

**LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

*/s/ Thomas J. Bellinder*
By: Thomas J. Bellinder, Esq.
Florida Bar No. 65254
180 Maiden Lane, 27th Floor
New York, New York 10038
Tel: (212) 226-5081
Fax: (212) 208-2591
Email: Thomas.B@gitmeidlaw.com
*Attorneys for Plaintiff Patrick Mercardante*

</div>

NOT A CERTIFIED COPY

# EXHIBIT A

NOT A CERTIFIED COPY

C3_19491 I117 22649  03/08/19


**Bank of America**
PO BOX 982236
EL PASO TX  79998-2236

**Account number ending in:**
█

DIANNE MERCARDANTE

**Date:**
August 10, 2023

## Dianne Mercardante:

This letter confirms your recent verbal agreement to settle your credit account.

As of the date of this letter your current outstanding balance is $6,815.92. We've agreed to settle your account for $3,782.00 with the terms listed below.

## What you need to do

By accepting this offer, you agree to send the first installment payment of $158.00 by 08/31/2023 and the remaining installments as listed below:

| Due date | Payment amount | Due date | Payment amount | Due date | Payment amount |
|---|---|---|---|---|---|
| 09/30/2023 | $158.00 | 10/31/2023 | $158.00 | 11/30/2023 | $158.00 |
| 12/31/2023 | $158.00 | 01/31/2024 | $158.00 | 02/29/2024 | $158.00 |
| 03/31/2024 | $158.00 | 04/30/2024 | $158.00 | 05/31/2024 | $158.00 |
| 06/30/2024 | $158.00 | 07/31/2024 | $158.00 | 08/31/2024 | $158.00 |
| 09/30/2024 | $158.00 | 10/31/2024 | $158.00 | 11/30/2024 | $158.00 |
| 12/31/2024 | $158.00 | 01/31/2025 | $158.00 | 02/28/2025 | $158.00 |
| 03/31/2025 | $158.00 | 04/30/2025 | $158.00 | 05/31/2025 | $158.00 |
| 06/30/2025 | $158.00 | 07/31/2025 | $148.00 | | |

This is an attempt to collect a debt and any information obtained will be used for that purpose.

C3_19491_MBM I117

NOT A CERTIFIED COPY

# EXHIBIT B

NOT A CERTIFIED COPY

 **Bank of America**

C3_19477 BL14  21959  06/22/18

PO BOX 982236
EL PASO, TX  79998-2236

**Account number ending in:**
██

**Date:**
February 27, 2024

DIANNE MERCARDANTE

Dianne Mercardante:
We received your final payment toward the settlement of
$3,782.00 for the above account. Your settlement is now
complete.

## What you need to know

- Now that we have the full settlement, we will report your account to the consumer reporting agencies (Experian, TransUnion and Equifax) as settled, paid for less than the full balance.

- There may be tax consequences as a result of a settlement. Please consult a tax professional if you have questions or want advice about any potential tax consequences.

- If your payment is returned for any reason, the settlement may be voided and the original outstanding balance, less any settlement payments made or credits received, will be due. We may continue to pursue the remaining debt.

## Questions?

If you have questions, please call us at 1-888-647-6262.

NOT A CERTIFIED COPY

C3_19477_MBM BL14

# EXHIBIT C

NOT A CERTIFIED COPY

## Credit report

Provided by **EQUIFAX**

Report date: Aug 16, 2024

## Personal info

| Reported names | | Addresses | Date reported |
|---|---|---|---|
| | **Patrick L Mercardante** | | |
| DOB | | | |
| SSN | | | |
| Employment info | | | |

## Account summary

## Accounts

**Credit cards**

NOT A CERTIFIED COPY



**BANK OF AMERICA**
Reported: Oct 6, 2023

**$6,499.00**
● Closed

### Overview

You're currently using 93% of your account's limit.

Balance: $6,499.00                      Credit limit: $7,000.00

### Payment history

You've made 81% of payments for this account on time.

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | CC | CC | CC | CC | CC | CC | CC | CC | CC | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 120 | 120 | |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✓ | ✓ | ✓ |
| 2018 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2017 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| ✓ Paid on time | 30 30 days past due | 60 60 days past due |
| 90 90 days past due | 120 120 days past due | 150 150 days past due |
| BR Bankruptcy | RF Repossession or foreclosure | CC Collection or charge off |
| VS Voluntary surrender | N/A No data available | |

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $6,499.00 |

### Account details

| | |
|---|---|
| Account Number | ████████ ███ |
| Account Status | Charge Off |
| Open Date | Sep 30, 2010 |
| Last Activity | Sep 6, 2023 |
| Type | Credit Card |
| Responsibility | Authorized User |
| Remarks | Charged Off Account, Account Closed By Credit Grantor |
| Times 30/60/90 Days Late | 1/1/4 |
| Months Reviewed | 99 |
| Term Source Type | |
| High Balance | |
| High Credit | $7,000.00 |

### Creditor information

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK, DE 19713
(800) 421-2110

Account ID:
4fabdd73d42916aae822f843bf1096be

NOT A CERTIFIED COPY

# EXHIBIT D

NOT A CERTIFIED COPY

**The Law Offices of**
## ROBERT S. GITMEID & ASSOC., PLLC

August 19, 2024

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

| | |
|---|---|
| Re: | Patrick Mercardante |
| Creditor: | Bank of America, National Association |
| Account No.: | Ending in ▮ |
| SSN: | Ending in ▮ |
| Address: | ▮ |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Patrick Mercardante with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about August 10, 2023, Mr. Mercardante and Bank of America, N.A. ("BOA") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Mercardante was required to make monthly payments totaling $3,782.00 to settle and close his BOA account. Mr. Mercardante, via his debt settlement representative, timely made the requisite settlement payments. A Paid in Full letter is attached herein for your review.

However, many months later, Mr. Mercardante's account continues to be negatively reported. In particular, on a requested credit report dated August 16, 2024, Mr. Mercardante's account was reported with a status of "CHARGE OFF", a balance of $6,499.00 and a past due balance of $6,499.00. The relevant portion of Mr. Mercardante's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Melissa Rodriguez
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Melissa.R@gitmeidlaw.com
(866) 249-1137

NOT A CERTIFIED COPY

C3_19491 I117 22649  03/08/19

**Bank of America**
PO BOX 982236
EL PASO TX  79998-2236

Account number ending in:
███

DIANNE MERCARDANTE
████████████████████

Date:
August 10, 2023

## Dianne Mercardante:

This letter confirms your recent verbal agreement to settle your credit account.

As of the date of this letter your current outstanding balance is $6,815.92. We've agreed to settle your account for $3,782.00 with the terms listed below.

## What you need to do

By accepting this offer, you agree to send the first installment payment of $158.00 by 08/31/2023 and the remaining installments as listed below:

| Due date | Payment amount | Due date | Payment amount | Due date | Payment amount |
|---|---|---|---|---|---|
| 09/30/2023 | $158.00 | 10/31/2023 | $158.00 | 11/30/2023 | $158.00 |
| 12/31/2023 | $158.00 | 01/31/2024 | $158.00 | 02/29/2024 | $158.00 |
| 03/31/2024 | $158.00 | 04/30/2024 | $158.00 | 05/31/2024 | $158.00 |
| 06/30/2024 | $158.00 | 07/31/2024 | $158.00 | 08/31/2024 | $158.00 |
| 09/30/2024 | $158.00 | 10/31/2024 | $158.00 | 11/30/2024 | $158.00 |
| 12/31/2024 | $158.00 | 01/31/2025 | $158.00 | 02/28/2025 | $158.00 |
| 03/31/2025 | $158.00 | 04/30/2025 | $158.00 | 05/31/2025 | $158.00 |
| 06/30/2025 | $158.00 | 07/31/2025 | $148.00 | | |

NOT A CERTIFIED COPY

This is an attempt to collect a debt and any information obtained will be used for that purpose.

C3_19491_MBM I117

C3_19477 BL14  21959  06/22/18

**Bank of America**

PO BOX 982236
EL PASO, TX  79998-2236

**Account number ending in:**
█████

**Date:**
February 27, 2024

DIANNE MERCARDANTE

Dianne Mercardante:
We received your final payment toward the settlement of
$3,782.00 for the above account. Your settlement is now
complete.

## What you need to know

- Now that we have the full settlement, we will report your account to the consumer reporting agencies (Experian, TransUnion and Equifax) as settled, paid for less than the full balance.

- There may be tax consequences as a result of a settlement. Please consult a tax professional if you have questions or want advice about any potential tax consequences.

- If your payment is returned for any reason, the settlement may be voided and the original outstanding balance, less any settlement payments made or credits received, will be due. We may continue to pursue the remaining debt.

## Questions?

If you have questions, please call us at 1-888-647-6262.

NOT A CERTIFIED COPY

C3_19477_MBM BL14

## Credit report

Your credit is in good shape

Provided by **EQUIFAX**

Report date: Aug 16, 2024

## Personal info

| Reported names | **Patrick L Mercardante** | Addresses | Date reported |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |

## Account summary

## Accounts

### Credit cards



NOT A CERTIFIED COPY

**BANK OF AMERICA**
Reported: Oct 6, 2023

$6,499.00
● Closed

### Overview

You're currently using 93% of your account's limit.

Balance: $6,499.00                           Credit limit: $7,000.00

### Payment history

You've made 81% of payments for this account on time.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CC | CC | CC | CC | CC | CC | CC | CC | CC | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 120 | 120 | |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✓ | ✓ | ✓ |
| 2018 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2017 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | |
|---|---|---|
| ✓ Paid on time | 30 30 days past due | 60 60 days past due |
| 90 90 days past due | 120 120 days past due | 150 150 days past due |
| BR Bankruptcy | RF Repossession or foreclosure | CC Collection or charge off |
| VS Voluntary surrender | N/A No data available | |

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | **Collection/Charge-off** |
| Amount Past Due | $6,499.00 |

### Account details

| | |
|---|---|
| Account Number | ▓▓▓▓▓▓ ▓▓ |
| Account Status | Charge Off |
| Open Date | Sep 30, 2010 |
| Last Activity | Sep 6, 2023 |
| Type | Credit Card |
| Responsibility | Authorized User |
| Remarks | Charged Off Account, Account Closed By Credit Grantor |
| Times 30/60/90 Days Late | 1/1/4 |
| Months Reviewed | 99 |
| Term Source Type | |
| High Balance | |
| High Credit | $7,000.00 |

**Creditor information**

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK, DE 19713
(800) 421-2110

Account ID:
4fabdd73d42916aae822f843bf1096be

# EXHIBIT E

NOT A CERTIFIED COPY

## Credit report

TransUnion    Equifax    Experian    All bureaus

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|



| | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| Report date | Sep 30, 2024 | Sep 30, 2024 | Sep 30, 2024 |

### Personal info

| Reported names | Pat L Mercardante | Patrick L Mercardante<br>Pat Mercardante<br>Patrick Mercadante | Patrick Mercardante<br>Patrick L Mercardante<br>Pl Mercardante<br>Mercardante Pat |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

### Account summary

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|

NOT A CERTIFIED COPY

## Collections

It's important that you try your best not to fall behind on payments so your account doesn't get passed on to a collections agency. This usually drops your credit score significantly.

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| Total count | 4 | 4 | 2 |

Hide Details ⊖

| | | |
|---|---|---|
| | Oct 6, 2023 | $6,499.00 |
| | | BANK OF AMERICA |
| **Account details** | | |
| Account Number | | XXXX |
| Date Opened | | Sep 30, 2010 |
| Last Activity | | Sep 1, 2023 |
| Original Creditor | | |
| Monthly Payment | | $0.00 |
| Term Source Type | | |
| Current Rating | | **Collection/Charge-off** |
| Status | | **Charge Off** |
| Type | | **AuthorizedUser** |
| High Balance | | |
| Unpaid Balance | | $6,499.00 |
| Highest Adverse Rating | | **Collection/Charge-off** |
| Most Recent Adverse Rating | | **No Data Available** |
| Comments | | Charged Off Account |
| **Account details** | | |

NOT A CERTIFIED COPY



...for at least 60% of Payments for this
Account On Time.

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | CC  | CC  | CC  | CC  | CC  | CC  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | CC  | CC  | CC  |     |     |     |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | 30  | 60  | 90  | 120 | 120 | 120 |

| 2021 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

| 2020 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

| 2019 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      |     |     |     |     |     |     |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      |     |     |     | ✓   | ✓   | ✓   |

✓ Paid on time

30 30 days past due

60 60 days past due

90 90 days past due

120 120 days past due

150 150 days past due

BR Bankruptcy

RF Repossession or foreclosure

CC Collection or charge off

VS Voluntary surrender

N/A No data available

**Collection agency**

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK, DE 19713
(800) 421-2110

Account ID:
4fabdd73d42916aae822f843bf1096be

NOT A CERTIFIED COPY

NOT A CERTIFIED COPY

IN THE COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO.:

PATRICK MERCARDANTE,

       Plaintiff,

v.

BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES, LLC,

       Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:    BANK OF AMERICA, N.A.

              100 North Tryon Street, Charlotte, NC 28255.

      Each defendant is required to serve written defenses to the complaint or petition on Thomas Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY 10038, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

<center>1</center>

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court's ADA Coordinator, The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED on: _____                    Clerk of the Court

                                                By: _____

                                                As Deputy Clerk

2

EN EL TRIBUNAL DEL CONDADO DEL 15th CIRCUITO JUDICIAL, EN Y PARA EL CONDADO DE PALM BEACH, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO.:

PATRICK MERCARDANTE
,

        Demandantes,

 En,

BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES, LLC,

        Acusados.

_____/

**CITACIÓN**

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

    SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al demandado:         BANK OF AMERICA, N.A.

            100 North Tryon Street, Charlotte, NC 28255.

    Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor, New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

3

NOT A CERTIFIED COPY

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____      Por:_____

Como Secretario Adjunto

NOT A CERTIFIED COPY

4

IN THE COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO.:

PATRICK MERCARDANTE,

      Plaintiff,

v.

BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.

_____/

<div align="center">

**SUMMONS**

</div>

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:    EQUIFAX INFORMATION SERVICES, LLC

      1550 Peachtree St NW, Atlanta, GA 30309

      Each defendant is required to serve written defenses to the complaint or petition on Thomas Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY 10038, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

<div align="center">1</div>

NOT A CERTIFIED COPY

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court's ADA Coordinator, The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED on: _____          Clerk of the Court

By: _____

As Deputy Clerk

2

EN EL TRIBUNAL DEL CONDADO DEL 15th CIRCUITO JUDICIAL, EN Y PARA EL CONDADO DE PALM BEACH, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO.:

PATRICK MERCARDANTE

,

      Demandantes,

 En,

BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES, LLC,

      Acusados.

_____/

## CITACIÓN

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al demandado:      EQUIFAX INFORMATION SERVICES, LLC

      1550 Peachtree St NW, Atlanta, GA 30309

Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor, New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

3

NOT A CERTIFIED COPY

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____          Por:_____

Como Secretario Adjunto

4

Filing # 209418182 E-Filed 10/23/2024 01:42:33 PM

IN THE COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

      Plaintiff,

v.

BANK OF AMERICA, N.A., CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.

_____/

NOT A CERTIFIED COPY

## AMENDED COMPLAINT

Plaintiff Patrick Mercardante (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Amended Complaint against Defendants, Bank of America, N.A. (hereinafter "BOA"), Citibank, N.A. (hereinafter "Citi") and Equifax Information Services, LLC (hereinafter "Equifax") (collectively "Defendants"), hereby alleges as follows:

## INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers and consumer reporting agencies (hereinafter "CRAs" or "CRA") from inaccurately reporting consumers' credit information.

## PARTIES

2. Plaintiff is an adult citizen of the State of Florida, domiciled in Delray Beach, Palm Beach County, Florida.

3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4. BOA is a national financial services company and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2 of the FCRA.

5. BOA is qualified to do business in the State of Florida and regularly conducts business in the State of Florida.

6. Citi is a national financial services company and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2 of the FCRA.

7. Citi is qualified to do business in the State of Florida and regularly conducts business in the State of Florida.

8. Equifax is a limited liability company that engages in the business of maintaining and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

9. Equifax is a foreign limited liability company that is qualified to do business in the State of Florida and regularly conducts business in the State of Florida. Equifax is one of the largest CRAs in the world.

## JURISDICTION AND VENUE

10. This Honorable Court has original jurisdiction over the instant action pursuant to Fla. Stat. Ann. § 34.01 as the amount in controversy does not exceed the sum of $50,000.00, exclusive of interest, costs, and attorneys' fees.

2

11. Venue is proper in this Honorable Court pursuant to Fla. Stat. Ann. § 47.011 as, *inter alia*, this cause of action accrued in Palm Beach County, Florida and Plaintiff is domiciled in Palm Beach County, Florida.

**FACTUAL ALLEGATIONS-BANK OF AMERICA ACCOUNT** ▪▪▪▪

12. BOA issued a credit account ending in ▪▪▪ to Plaintiff and Dianne Mercardante (hereinafter "Joint Account Holder"). The account was routinely reported on Plaintiff's consumer credit report.

13. The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

14. On or about August 10, 2023, Plaintiff, Joint Account Holder, and BOA entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

15. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $3,782.00 to settle and close his BOA credit account.

16. Plaintiff, via his debt settlement representative, timely made the requisite settlement payments. A Paid in Full letter from BOA dated February 27, 2024, is attached hereto as **Exhibit B**.

17. However, many months later, Plaintiff's BOA account continued to be negatively reported.

3

18. In particular, on a requested credit report dated August 16, 2024, Plaintiff's BOA account was reported with a status of "CHARGE OFF," a balance of $6,499.00, and an amount past due of $6,499.00. The relevant portion of Plaintiff's August 2024 credit report is attached hereto as **Exhibit C**.

19. This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

20. On or about August 19, 2024, Plaintiff, via counsel, notified the national CRAs directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's BOA account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit D**.

21. Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by BOA to the national CRAs, including Equifax, via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

22. In September 2024, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's BOA account remained inaccurate as Defendants failed to correct the inaccuracy. The relevant portion of Plaintiff's September 2024 credit report is attached hereto as **Exhibit E**.

### FACTUAL ALLEGATIONS-CITI ACCOUNT ███████

23. Citi issued a credit account ending in ████ to Plaintiff. The account was routinely reported on Plaintiff's consumer credit report.

4

24. The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

25. On or about December 20, 2022, Plaintiff, Joint Account Holder, and Credit Control, LLC, acting on behalf of Citi, entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached hereto as **Exhibit F.**

26. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $2,681.04 to settle and close his Citi credit account.

27. Plaintiff, via his debt settlement representative, timely made the requisite settlement payments. Proofs of Plaintiff's payments are attached hereto as **Exhibit G.**

28. However, nearly a year later, Plaintiff's Citi account continued to be negatively reported.

29. In particular, on a requested credit report dated August 16, 2024, Plaintiff's Citi account was reported with a status of "CHARGE OFF," a balance of $4,584.00, and an amount past due of $241.00. The relevant portion of Plaintiff's August 2024 credit report is attached hereto as **Exhibit H.**

5

30. This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

31. On or about August 19, 2024, Plaintiff, via counsel, notified the national CRAs directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Citi account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit I.**

32. Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by Citi to the national CRAs, including Equifax, via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

33. In September 2024, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Citi account remained inaccurate as Defendants failed to correct the inaccuracy. The relevant portion of Plaintiff's September 2024 credit report is attached hereto as **Exhibit J.**

34. Upon information and belief, neither Equifax nor any other CRA notified BOA and Citi of Plaintiff's disputes in accordance with the FCRA. Alternatively, Equifax or another CRA did notify BOA and Citi of Plaintiff's disputes, but Defendants failed to properly investigate and delete the tradeline at issue or failed to properly update the tradeline on Plaintiff's credit report.

35. If BOA and Citi had performed a reasonable investigation of Plaintiff's disputes, Plaintiff's BOA and Citi accounts would have been updated to reflect a settled status with a balance of $0.00.

NOT A CERTIFIED COPY

36. Although BOA and Citi have promised through its subscriber agreements and/or contracts to accurately update accounts, BOA and Citi have nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA, which has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

37. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the BOA and Citi accounts in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

38. At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

39. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees, was malicious, intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

## CAUSE OF ACTION
## FAIR CREDIT REPORTING ACT

40. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

41. Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

7

42. BOA and Citi are entities that, regularly and in the course of business, furnish information to one or more CRAs about their transactions and/or experiences with any consumer and therefore constitute a "furnisher," as codified at 15 U.S.C. § 1681s-2.

43. BOA and Citi are reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a of the FCRA.

44. Plaintiff notified the national CRAs directly, including Equifax, of a dispute on the BOA and Citi accounts' completeness and/or accuracy, as reported.

45. BOA and Citi failed to complete an investigation of Plaintiff's written disputes and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

46. BOA and Citi failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

47. BOA and Citi failed to promptly correct Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

48. Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's disputes.

49. Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the BOA and Citi accounts in question, thus violating 15 U.S.C. § 1681e(b).

50. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, lower credit

NOT A CERTIFIED COPY

capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, increased interest rates, and other damages that may be ascertained at a later date.

51. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

<div align="center">

**PRAYER FOR RELIEF**

</div>

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

2. That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

3. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

4. That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

5. That the Court grant such other and further relief as may be just and proper.

<div align="center">

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

</div>

NOT A CERTIFIED COPY

## DEMAND FOR JURY TRIAL

Pursuant to Fla. R. Civ. P. 1.430, Plaintiff demands a trial by jury in this action of all issues so triable.

Dated: October 23, 2024

**LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

*/s/ Thomas J. Bellinder*
By: Thomas J. Bellinder, Esq.
Florida Bar No. 65254
180 Maiden Lane, 27th Floor
New York, New York 10038
Tel: (212) 226-5081
Fax: (212) 208-2591
Email: Thomas.B@gitmeidlaw.com
*Attorneys for Plaintiff Patrick Mercardante*

NOT A CERTIFIED COPY

10

# EXHIBIT A

NOT A CERTIFIED COPY



C3_19491 I117 22649  03/08/19

**Bank of America**
PO BOX 982236
EL PASO TX 79998-2236

Account number ending in:

Date:
August 10, 2023

DIANNE MERCARDANTE

## Dianne Mercardante:

## This letter confirms your recent verbal agreement to settle your credit account.

As of the date of this letter your current outstanding balance is $6,815.92. We've agreed to settle your account for $3,782.00 with the terms listed below.

## What you need to do

By accepting this offer, you agree to send the first installment payment of $158.00 by 08/31/2023 and the remaining installments as listed below:

| Due date | Payment amount | Due date | Payment amount | Due date | Payment amount |
|---|---|---|---|---|---|
| 09/30/2023 | $158.00 | 10/31/2023 | $158.00 | 11/30/2023 | $158.00 |
| 12/31/2023 | $158.00 | 01/31/2024 | $158.00 | 02/29/2024 | $158.00 |
| 03/31/2024 | $158.00 | 04/30/2024 | $158.00 | 05/31/2024 | $158.00 |
| 06/30/2024 | $158.00 | 07/31/2024 | $158.00 | 08/31/2024 | $158.00 |
| 09/30/2024 | $158.00 | 10/31/2024 | $158.00 | 11/30/2024 | $158.00 |
| 12/31/2024 | $158.00 | 01/31/2025 | $158.00 | 02/28/2025 | $158.00 |
| 03/31/2025 | $158.00 | 04/30/2025 | $158.00 | 05/31/2025 | $158.00 |
| 06/30/2025 | $158.00 | 07/31/2025 | $148.00 | | |

This is an attempt to collect a debt and any information obtained will be used for that purpose.

C3_19491_MBM I117

NOT A CERTIFIED COPY

# EXHIBIT B

NOT A CERTIFIED COPY

C3_19477 BL14 21959 06/22/18

 **Bank of America**

PO BOX 982236
EL PASO, TX 79998-2236

Account number ending in:

DIANNE MERCARDANTE

Date:
February 27, 2024

## Dianne Mercardante:
We received your final payment toward the settlement of $3,782.00 for the above account. Your settlement is now complete.

## What you need to know

○ Now that we have the full settlement, we will report your account to the consumer reporting agencies (Experian, TransUnion and Equifax) as settled, paid for less than the full balance.

○ There may be tax consequences as a result of a settlement. Please consult a tax professional if you have questions or want advice about any potential tax consequences.

○ If your payment is returned for any reason, the settlement may be voided and the original outstanding balance, less any settlement payments made or credits received, will be due. We may continue to pursue the remaining debt.

## Questions?

If you have questions, please call us at 1-888-647-6262.

NOT A CERTIFIED COPY

C3_19477_MBM BL14

# EXHIBIT C

NOT A CERTIFIED COPY

## Credit report

Provided by EQUIFAX

Report date: Aug 16, 2024

## Personal info

| Reported names | | Addresses | Date reported |
|---|---|---|---|
| | **Patrick L Mercardante** | | |
| DOB | | | |
| SSN | | | |
| Employment info | | | |

## Account summary

## Accounts



**Credit cards**



NOT A CERTIFIED COPY

**BANK OF AMERICA**
Reported: Oct 6, 2023

$6,499.00
⊖ Closed

### Overview

You're currently using 93% of your account's limit.

Balance: $6,499.00                    Credit limit: $7,000.00

### Payment history

You've made 81% of payments for this account on time.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | CC | CC | CC | CC | CC | CC | CC | CC | CC | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | | 30 | 60 | 90 | 120 | 120 | 120 | |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✓ | ✓ | ✓ |
| 2018 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2017 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| ✓ | Paid on time | 30 | 30 days past due | 60 | 60 days past due |
| 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |
| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $6,499.00 |

### Account details

| | |
|---|---|
| Account Number | ▆▆▆▆ |
| Account Status | Charge Off |
| Open Date | Sep 30, 2010 |
| Last Activity | Sep 6, 2023 |
| Type | Credit Card |
| Responsibility | Authorized User |
| Remarks | Charged Off Account, Account Closed By Credit Grantor |
| Times 30/60/90 Days Late | 1/1/4 |
| Months Reviewed | 99 |
| Term Source Type | |
| High Balance | |
| High Credit | $7,000.00 |

### Creditor information

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK, DE 19713
(800) 421-2110

Account ID:
4fabdd73d42916aae822f843bf1096be

# EXHIBIT D

NOT A CERTIFIED COPY

The Law Offices of
## ROBERT S. GITMEID & ASSOC., PLLC

August 19, 2024

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

|  |  |
|---|---|
| Re: | Patrick Mercardante |
| Creditor: | Bank of America, National Association |
| Account No.: | Ending in ▇ |
| SSN: | Ending in ▇ |
| Address: | ▇ |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Patrick Mercardante with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about August 10, 2023, Mr. Mercardante and Bank of America, N.A. ("BOA") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Mercardante was required to make monthly payments totaling $3,782.00 to settle and close his BOA account. Mr. Mercardante, via his debt settlement representative, timely made the requisite settlement payments. A Paid in Full letter is attached herein for your review.

However, many months later, Mr. Mercardante's account continues to be negatively reported. In particular, on a requested credit report dated August 16, 2024, Mr. Mercardante's account was reported with a status of "CHARGE OFF", a balance of $6,499.00 and a past due balance of $6,499.00. The relevant portion of Mr. Mercardante's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Melissa Rodriguez
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Melissa.R@gitmeidlaw.com
(866) 249-1137



**Bank of America**
PO BOX 982236
EL PASO TX 79998-2236

C3_19491 I117 22649  03/08/19

Account number ending in:
▮▮▮▮

DIANNE MERCARDANTE

Date:
August 10, 2023

Dianne Mercardante:
This letter confirms your recent verbal agreement to settle your credit account.

As of the date of this letter your current outstanding balance is $6,815.92. We've agreed to settle your account for $3,782.00 with the terms listed below.

## What you need to do

By accepting this offer, you agree to send the first installment payment of $158.00 by 08/31/2023 and the remaining installments as listed below:

| Due date | Payment amount | Due date | Payment amount | Due date | Payment amount |
|---|---|---|---|---|---|
| 09/30/2023 | $158.00 | 10/31/2023 | $158.00 | 11/30/2023 | $158.00 |
| 12/31/2023 | $158.00 | 01/31/2024 | $158.00 | 02/29/2024 | $158.00 |
| 03/31/2024 | $158.00 | 04/30/2024 | $158.00 | 05/31/2024 | $158.00 |
| 06/30/2024 | $158.00 | 07/31/2024 | $158.00 | 08/31/2024 | $158.00 |
| 09/30/2024 | $158.00 | 10/31/2024 | $158.00 | 11/30/2024 | $158.00 |
| 12/31/2024 | $158.00 | 01/31/2025 | $158.00 | 02/28/2025 | $158.00 |
| 03/31/2025 | $158.00 | 04/30/2025 | $158.00 | 05/31/2025 | $158.00 |
| 06/30/2025 | $158.00 | 07/31/2025 | $148.00 | | |

This is an attempt to collect a debt and any information obtained will be used for that purpose.

C3_19491_MBM I117

NOT A CERTIFIED COPY

C3_19477 BL14 21959 06/22/18

**Bank of America**

PO BOX 982236
EL PASO, TX 79998-2236

Account number ending in:
█

Date:
February 27, 2024

DIANNE MERCARDANTE

**Dianne Mercardante:**
We received your final payment toward the settlement of $3,782.00 for the above account. Your settlement is now complete.

## What you need to know

- Now that we have the full settlement, we will report your account to the consumer reporting agencies (Experian, TransUnion and Equifax) as settled, paid for less than the full balance.

- There may be tax consequences as a result of a settlement. Please consult a tax professional if you have questions or want advice about any potential tax consequences.

- If your payment is returned for any reason, the settlement may be voided and the original outstanding balance, less any settlement payments made or credits received, will be due. We may continue to pursue the remaining debt.

## Questions?

If you have questions, please call us at 1-888-647-6262.

NOT A CERTIFIED COPY

C3_19477_MBM BL14

# Credit report

Your credit is in good shape

Provided by **EQUIFAX**

Report date: Aug 16, 2024

## Personal info

| Reported names | | Addresses | Date reported |
|---|---|---|---|
| | **Patrick L Mercardante** | | |

DOB

SSN

Employment info

## Account summary

## Accounts

**Credit cards**





**BANK OF AMERICA**
Reported: Oct 6, 2023

$6,499.00
Closed ⊖

## Overview

You're currently using 93% of your account's limit.

Balance: $6,499.00                     Credit limit: $7,000.00

## Payment history

You've made 81% of payments for this account on time.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CC | CC | CC | CC | CC | CC | CC | CC | CC | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 120 | 120 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✓ | ✓ | ✓ | ✓ |
| 2018 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2017 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| ✓ Paid on time | 30 30 days past due | 60 60 days past due |
| 90 90 days past due | 120 120 days past due | 150 150 days past due |
| BR Bankruptcy | RF Repossession or foreclosure | CC Collection or charge off |
| VS Voluntary surrender | N/A No data available | |

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $6,499.00 |

## Account details

| | |
|---|---|
| Account Number | ▇▇▇▇▇ ▇ |
| Account Status | Charge Off |
| Open Date | Sep 30, 2010 |
| Last Activity | Sep 6, 2023 |
| Type | Credit Card |
| Responsibility | Authorized User |
| Remarks | Charged Off Account, Account Closed By Credit Grantor |
| Times 30/60/90 Days Late | 1/1/4 |
| Months Reviewed | 99 |
| Term Source Type | |
| High Balance | |
| High Credit | $7,000.00 |

### Creditor information

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK, DE 19713
(800) 421-2110

Account ID:
4fabdd73d42916aae822f843bf1096be

NOT A CERTIFIED COPY

# EXHIBIT E

NOT A CERTIFIED COPY

## Credit report

TransUnion    Equifax    Experian    All bureaus

| Bureau | TransUnion | Equifax | experian |
|---|---|---|---|
| | | | |

| Report date | Sep 30, 2024 | Sep 30, 2024 | Sep 30, 2024 |
|---|---|---|---|

## Personal info

| Reported names | Pat L Mercardante | Patrick L Mercardante<br>Pat Mercardante<br>Patrick Mercadante | Patrick Mercardante<br>Patrick L Mercardante<br>Pl Mercardante<br>Mercardante Pat |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |



## Account summary

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| | | | |

NOT A CERTIFIED COPY



## Collections

It's important that you try your best not to fall behind on payments so your account doesn't get passed on to a collections agency. This usually drops your credit score significantly.

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|
| Total count | 4 | 4 | 2 |

| Hide Details ⊖ | | Oct 6, 2023 | $6,499.00 |
|---|---|---|---|
| | | | BANK OF AMERICA |
| | | **Account details** | |
| | | Account Number | XXXX |
| | | Date Opened | Sep 30, 2010 |
| | | Last Activity | Sep 1, 2023 |
| | | Original Creditor | |
| | | Monthly Payment | $0.00 |
| | | Term Source Type | |
| | | Current Rating | **Collection/Charge-off** |
| | | Status | **Charge Off** |
| | | Type | **AuthorizedUser** |
| | | High Balance | |
| | | Unpaid Balance | $6,499.00 |
| | | Highest Adverse Rating | **Collection/Charge-off** |
| | | Most Recent Adverse Rating | **No Data Available** |
| | | Comments | Charged Off Account |
| | | **Account details** | |



You Made 60% of Payments For This
Account On Time.

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | CC  | CC  | CC  | CC  | CC  | CC  |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | CC  | CC  | CC  |     |     |     |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | 30  | 60  | 90  | 120 | 120 | 120 |

| 2021 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

| 2020 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

| 2019 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      |     |     |     |     |     |     |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      |     |     |     | ✓   | ✓   | ✓   |

| ✓   | Paid on time |
|-----|--------------|
| 30  | 30 days past due |
| 60  | 60 days past due |
| 90  | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BR  | Bankruptcy |
| RF  | Repossession or foreclosure |
| CC  | Collection or charge off |
| VS  | Voluntary surrender |
| N/A | No data available |

**Collection agency**

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK, DE 19713
(800) 421-2110

Account ID:
4fabdd73d42916aae822f843bf1096be

NOT A CERTIFIED COPY

# EXHIBIT F

NOT A CERTIFIED COPY



Date :          **December 20, 2022**

Name:          **DIANNE MERCARDANTE**

RE:            **Citi Mastercard**

Collection Agency For: **CITIBANK, N.A**

Citibank Account Number:    **xxxx▮▮▮▮▮▮▮▮▮**

Reference number :          **8975726**

Current Balance :           **$6,702.61**

Settlement Offer :          **$2,681.04**

| Pmt# | Due Date | | Amount |
|---|---|---|---|
| 01. | 12/31/2022 | $ | 50.00 |
| 02. | 1/31/2023 | $ | 50.00 |
| 03. | 2/28/2023 | $ | 50.00 |
| 04. | 3/31/2023 | $ | 281.22 |
| 05. | 4/30/2023 | $ | 281.22 |
| 06. | 5/31/2023 | $ | 281.22 |
| 07. | 6/30/2023 | $ | 281.22 |
| 08. | 7/31/2023 | $ | 281.22 |
| 09. | 8/31/2023 | $ | 281.22 |
| 10. | 9/30/2023 | $ | 281.22 |
| 11. | 10/31/2023 | $ | 281.22 |
| 12. | 11/30/2023 | $ | 281.28 |



This is to advise that Credit Control, LLC., as authorized agent for CITIBANK, N.A. has agreed to accept the settlement amount on the above noted Citi Mastercard account providing we are in receipt of the payments on the dates listed above.

**Please call our office to pay by check or debit card which is free of charge. Checks are made payable to Citibank, N.A.  If your payment is returned for any reason this offer is null and void.**

Unless you, within 30 days after receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by this office.  If you notify this office in writing within the 30-day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the 30-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you have any questions regarding this matter, please do not hesitate to contact this office at 1-888-401-9025.This information is from a debt collector.

This settlement may have tax consequences. Please consult your tax advisor.

We are not obligated to renew this offer.
THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Please be aware your payment may go past the statute of limitations date.

Please Contact:
Andrew Rivera
**877-430-5754**

Credit Control, LLC
8001 Woodland Center Blvd., Suite 200, Tampa, FL 33614  Voice: 1-800-401-9026   Fax: 813-849-0914  TTY: 888-401-9024  Toll-free TTY number for the hearing impaired: 1-888-401-9024

# EXHIBIT G

NOT A CERTIFIED COPY

**FRONT**



Dianne Mercardante

2687152

DATE: 12 / 27 / 2022

AMOUNT: $ 50.00

PAY: Fifty and No cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: ___ Citi Maste

**REAR**

**FRONT**



Dianne Mercardante

2687153

DATE: 01 / 30 / 2023

AMOUNT: $ 50.00

PAY: Fifty and No cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: Citi Maste

**REAR**

NOT A CERTIFIED COPY

**FRONT**



Dianne Mercardante

2687154

DATE: 02 / 27 / 2023

AMOUNT: $ 50.00

PAY: Fifty and No cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required

Electronic Signature On File

This check has been electronically authorized by voice or electronic verification by your depositor.

MEMO: Acct: ▮▮▮▮▮▮▮Citi Maste

NOT A CERTIFIED COPY

**REAR**

**FRONT**

Dianne Mercardante

2687155

DATE: 03 / 27 / 2023

AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: Citi Maste

NOT A CERTIFIED COPY

**REAR**

**FRONT**

Dianne Mercardante

2687156

DATE: 04 / 28 / 2023
AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct            Citi Maste

**REAR**

NOT A CERTIFIED COPY

**FRONT**



Dianne Mercardante

2687157

DATE: 05 / 30 / 2023
AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct CCtC 1 Citi Maste

NOT A CERTIFIED COPY

**REAR**

**FRONT**

Dianne Mercardante

2687158

DATE: 06 / 28 / 2023

AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: ███████ Citi Maste

**REAR**

NOT A CERTIFIED COPY

Dianne Mercardante

2687159

DATE: 07 / 28 / 2023
AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct. ████ Citi Maste

NOT A CERTIFIED COPY

**FRONT**



Dianne Mercardante

2687160

DATE: 08 / 28 / 2023
AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: Citi Maste

**REAR**

NOT A CERTIFIED COPY

**FRONT**



Dianne Mercardante

2687161

DATE: 09 / 28 / 2023

AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: ▮▮▮▮▮Citi Maste

**REAR**



NOT A CERTIFIED COPY

**FRONT**



Dianne Mercardante

2687162

DATE:  10 / 30 / 2023
AMOUNT:  $ 281.22

PAY:  Two hundred eighty one and 22 cents

PAY TO THE ORDER OF:  Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO:  Acct:          Citi Maste

**REAR**

**FRONT**

Dianne Mercardante

2687163

DATE: 11 / 28 / 2023

AMOUNT: $ 281.28

PAY: Two hundred eighty one and 28 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acc't CCt.1 i i Maste

**REAR**

NOT A CERTIFIED COPY

# EXHIBIT H

## Credit report

Your credit is in good shape

Provided by **Equifax**

Report date: Aug 16, 2024



### Personal info

| Reported names | Addresses | Date reported |
|---|---|---|
| Patrick L Mercardante | | |

DOB

SSN

Employment info

### Account summary

### Accounts

**Credit cards**



**CITICARDS CBNA**
Reported: Oct 18, 2023

$4,584.00
Closed

**Overview**

You're currently using 68% of your account's limit.

**Account details**

Account Number

Balance: $4,584.00                    Credit limit: $6,700.00                    Account Status                    Charged off

**Payment history**

You've made 80% of payments for this account on time.



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CC | CC | CC | CC | CC | CC | CC | CC | CC | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 120 | CC | CC | CC |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✓ | ✓ | ✓ |
| 2018 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2017 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| ✓ Paid on time | 30 30 days past due | 60 60 days past due |
| 90 90 days past due | 120 120 days past due | 150 150 days past due |
| BR Bankruptcy | RF Repossession or foreclosure | CC Collection or charge off |
| VS Voluntary surrender | N/A No data available | |

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | **Collection/Charge-off** |
| Amount Past Due | $241.00 |

| | |
|---|---|
| Open Date | **May 11, 2012** |
| Last Activity | **Sep 18, 2023** |
| Type | **Credit Card** |
| Responsibility | **Authorized User** |
| Remarks | **Charged Off Account, Account Closed By Credit Grantor** |
| Times 30/60/90 Days Late | **1/1/3** |
| Months Reviewed | **99** |
| Term Source Type | |
| High Balance | **$6,700.00** |
| High Credit | **$6,700.00** |

**Creditor information**

CITICARDS CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108
MAIL ONLY

Account ID:

57aa0ef2f88cc554c776351e6cd7f99a

NOT A CERTIFIED COPY

# EXHIBIT I

NOT A CERTIFIED COPY

**The Law Offices of**
**ROBERT S. GITMEID & ASSOC., PLLC**

August 19, 2024

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

|  |  |
|---|---|
| Re: | Patrick Mercardante |
| Creditor: | Citibank, National Association d/b/a Mastercard |
| Collection Agency: | Credit Control, LLC |
| Account No.: | Ending in ▆ |
| SSN: | Ending in ▆ |
| Address: | ▆ |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Patrick Mercardante with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about December 20, 2022, Mr. Mercardante and Credit Control, LLC on behalf of Citibank, N.A. d/b/a Mastercard ("Citi") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Mercardante was required to make monthly payments totaling $2,681.04 to settle and close his Citi account. Mr. Mercardante, via his debt settlement representative, timely made the requisite settlement payments. Proofs of these payments are attached herein for your review.

However, nearly a year later, Mr. Mercardante's account continues to be negatively reported. In particular, on a requested credit report dated August 16, 2024, Mr. Mercardante's account was reported with a status of "CHARGE OFF", a balance of $4,584.00 and a past due balance of $241.00. The relevant portion of Mr. Mercardante's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Melissa Rodriguez
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Melissa.R@gitmeidlaw.com
(866) 249-1137

NOT A CERTIFIED COPY



Date : **December 20, 2022**

Name: **DIANNE MERCARDANTE**

RE: **Citi Mastercard**

Collection Agency For: **CITIBANK, N.A**

Citibank Account Number: **xxxx** �ꞏ

Reference number : **8975726**

Current Balance : **$6,702.61**

Settlement Offer : **$2,681.04**

| Pmt# | Due Date | Amount |
|------|----------|--------|
| 01. | 12/31/2022 | $ 50.00 |
| 02. | 1/31/2023 | $ 50.00 |
| 03. | 2/28/2023 | $ 50.00 |
| 04. | 3/31/2023 | $ 281.22 |
| 05. | 4/30/2023 | $ 281.22 |
| 06. | 5/31/2023 | $ 281.22 |
| 07. | 6/30/2023 | $ 281.22 |
| 08. | 7/31/2023 | $ 281.22 |
| 09. | 8/31/2023 | $ 281.22 |
| 10. | 9/30/2023 | $ 281.22 |
| 11. | 10/31/2023 | $ 281.22 |
| 12. | 11/30/2023 | $ 281.28 |



This is to advise that Credit Control, LLC., as authorized agent for CITIBANK, N.A. has agreed to accept the settlement amount on the above noted Citi Mastercard account providing we are in receipt of the payments on the dates listed above.

**Please call our office to pay by check or debit card which is free of charge. Checks are made payable to Citibank, N.A.  If your payment is returned for any reason this offer is null and void.**

Unless you, within 30 days after receipt of this notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by this office.  If you notify this office in writing within the 30-day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the 30-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you have any questions regarding this matter, please do not hesitate to contact this office at 1-888-401-9025.This information is from a debt collector.

This settlement may have tax consequences. Please consult your tax advisor.

We are not obligated to renew this offer.

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Please be aware your payment may go past the statute of limitations date.

Please Contact:

Andrew Rivera

**877-430-5754**

NOT A CERTIFIED COPY

Credit Control, LLC

8001 Woodland Center Blvd., Suite 200, Tampa, FL 33614  Voice: 1-800-401-9026   Fax: 813-849-0914  TTY: 888-401-9024  Toll-free TTY number for the hearing impaired: 1-888-401-9024

**FRONT**



Dianne Mercardante

2687152

DATE: 12 / 27 / 2022

AMOUNT: $ 50.00

PAY: Fifty and No cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: Citi Maste

**REAR**

NOT A CERTIFIED COPY

## FRONT



Dianne Mercardante

2687153

DATE: 01 / 30 / 2023

AMOUNT: $ 50.00

PAY: Fifty and No cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: Citi Maste

## REAR

NOT A CERTIFIED COPY

**FRONT**

Dianne Mercardante

2687154

DATE: 02 / 27 / 2023
AMOUNT: $ 50.00

PAY: Fifty and No cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: Citi Maste

**REAR**



NOT A CERTIFIED COPY

**FRONT**

Dianne Mercardante

2687155

DATE: 03 / 27 / 2023
AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct:                    Citi Maste

**REAR**

NOT A CERTIFIED COPY

**FRONT**



Dianne Mercardante

2687156

DATE: 04 / 28 / 2023

AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct          Citi Maste

**REAR**

NOT A CERTIFIED COPY

**FRONT**



Dianne Mercardante

2687157

DATE: 05 / 30 / 2023

AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct CCLC Citi Maste

**REAR**

**FRONT**

Dianne Mercardante

2687158

DATE: 06 / 28 / 2023

AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: Citi Maste

**REAR**



NOT A CERTIFIED COPY

Dianne Mercardante

2687159

DATE: 07 / 28 / 2023
AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

**No Signature Required**
**Electronic Signature On File**

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: ▉▉▉▉ Citi Maste

NOT A CERTIFIED COPY

## FRONT



Dianne Mercardante

2687160

DATE: 08 / 28 / 2023
AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File
This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: ███████ Citi Maste

## REAR

**FRONT**

Dianne Mercardante

2687161

DATE: 09 / 28 / 2023

AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: Citi Maste

NOT A CERTIFIED COPY

**REAR**

**FRONT**

Dianne Mercardante

2687162

DATE: 10 / 30 / 2023

AMOUNT: $ 281.22

PAY: Two hundred eighty one and 22 cents

PAY TO THE ORDER OF: Citibank

3300 Rider Trail S. Suite 500

Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acct: _____ Citi Maste

**REAR**



NOT A CERTIFIED COPY

**FRONT**

Dianne Mercardante

2687163

DATE: 11 / 28 / 2023

AMOUNT: $ 281.28

PAY: Two hundred eighty one and 28 cents

PAY TO THE ORDER OF: Citibank
3300 Rider Trail S. Suite 500
Earth City, MO 63045

No Signature Required
Electronic Signature On File

This check has been electronically
authorized by voice or electronic
verification by your depositor.

MEMO: Acc'T **cct.1** Citi Maste

**REAR**

NOT A CERTIFIED COPY

## Credit report

Provided by **EQUIFAX**

Report date: Aug 16, 2024



### Personal info

| Reported names | **Patrick L Mercardante** | Addresses | Date reported |
| --- | --- | --- | --- |

DOB

SSN

Employment info

### Account summary

### Accounts

**Credit cards**



NOT A CERTIFIED COPY

**CITICARDS CBNA**
Reported: Oct 18, 2023

$4,584.00
Closed

**Overview**

You're currently using 68% of your account's limit.

**Account details**

Account Number

Balance: $4,084.00    Credit limit: $6,700.00    Account Status: Charged Off    Charge Date:

**Payment history**

You've made 80% of payments for this account on time.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CC | CC | CC | CC | CC | CC | CC | CC | CC | | | |
| 2022 | ✔ | ✔ | ✔ | ✔ | 30 | 60 | 90 | 120 | 120 | CC | CC | |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | | | |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | | | |
| 2019 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | ✔ | ✔ | ✔ |
| 2018 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2017 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| | | | |
|---|---|---|---|
| ✔ Paid on time | 30 30 days past due | 60 60 days past due |
| 90 90 days past due | 120 120 days past due | 150 150 days past due |
| BR Bankruptcy | RF Repossession or foreclosure | CC Collection or charge off |
| VS Voluntary surrender | N/A No data available | |

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | **Collection/Charge-off** |
| Amount Past Due | $241.00 |

| | |
|---|---|
| Account Status | Charged Off |
| Open Date | **May 11, 2012** |
| Last Activity | **Sep 18, 2023** |
| Type | **Credit Card** |
| Responsibility | **Authorized User** |
| Remarks | **Charged Off Account, Account Closed By Credit Grantor** |
| Times 30/60/90 Days Late | **1/1/3** |
| Months Reviewed | **99** |
| Term Source Type | |
| High Balance | **$6,700.00** |
| High Credit | **$6,700.00** |

**Creditor information**

CITICARDS CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108
MAIL ONLY

Account ID:
57aa0ef2f88cc554c776351e6cd7f99a

NOT A CERTIFIED COPY

# EXHIBIT J

NOT A CERTIFIED COPY

## Credit report

TransUnion    Equifax    Experian    All bureaus

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|



| Report date | Sep 30, 2024 | Sep 30, 2024 | Sep 30, 2024 |
|---|---|---|---|

## Personal info

| Reported names | Pat L Mercardante | Patrick L Mercardante | Patrick Mercardante |
|---|---|---|---|
| | | Pat Mercardante | Patrick L Mercardante |
| | | Patrick Mercadante | Pl Mercardante |
| | | | Mercardante Pat |

| DOB | | | |
|---|---|---|---|
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|

NOT A CERTIFIED COPY



NOT A CERTIFIED COPY

Hide Details  ⊖

Oct 18, 2023

**$4,584.00**

CITICARDS CBNA

**Account details**

| | |
|---|---|
| Account Number | ▇▇▇ XXXX |
| Date Opened | **May 11, 2012** |
| Last Activity | **Sep 1, 2023** |
| Original Creditor | |
| Monthly Payment | **$0.00** |
| Term Source Type | |
| Current Rating | **Collection/Charge-off** |
| Status | **Charge Off** |
| Type | **AuthorizedUser** |
| High Balance | **$6,700.00** |
| Unpaid Balance | **$4,584.00** |
| Highest Adverse Rating | **Collection/Charge-off** |
| Most Recent Adverse Rating | **No Data Available** |
| Comments | **Charged Off Account** |

**Account details**

You've Made 67% Of Payments For This Account On Time.

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | CC | CC | CC | CC | CC | CC |



| | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| 2022 | CC | CC | CC | | | 30 |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | 60 | 90 | 120 | 120 | CC | CC |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | Jan | Feb | Mar | Apr | May | Jun |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | | | | ✓ | ✓ | ✓ |

| | |
|---|---|
| ✓ | Paid on time |
| 30 | 30 days past due |
| 60 | 60 days past due |
| 90 | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BR | Bankruptcy |
| RF | Repossession or foreclosure |
| CC | Collection or charge off |
| VS | Voluntary surrender |
| N/A | No data available |

**Collection agency**

CITICARDS CBNA
5800 SOUTH CORPORATE PLA
SIOUX FALLS, SD 57108
(800) 950-5114

Account ID:
18ac9b0dce2cb3d64fee1515f11e0f9e

NOT A CERTIFIED COPY



**JOSEPH ABRUZZO**

**RECEIPT**

5525056

CLERK OF THE CIRCUIT COURT & COMPTROLLER

PALM BEACH COUNTY, FLORIDA

Printed On:
10/23/2024 10:09

Page 1 of 1

| Receipt Number: 5525056 - Date 10/23/2024  Time 10:09AM | | | |
|---|---|---|---|
| **Received of:** | Thomas Jon-William Bellinder<br>180 Maiden Lane<br>27th Floor<br>New York, NY 10038 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 420.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 420.00 |
| **Receipt ID:** | 11948004 | **Remaining Balance:** | 0.00 |
| **Division:** | RL: County Civil Central - RL(Civil) | | |

| Case# 50-2024-CC-015875-XXXA-MB -- PLAINTIFF/PETITIONER: MERCARDANTE, PATRICK | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 420.00 | 420.00 | 0.00 |
| **Case Total** | **420.00** | **420.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 12843921 | 420.00 |
| **Total Received** | | **420.00** |
| **Total Paid** | | **420.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.

**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.


NOT A CERTIFIED COPY

IN THE COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

      Plaintiff,

v.

BANK OF AMERICA, N.A., CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC,

      Defendants.

_____/

## **SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:    BANK OF AMERICA, N.A.

      100 North Tryon Street, Charlotte, NC 28255.

      Each defendant is required to serve written defenses to the complaint or petition on Thomas Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY 10038, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

1

NOT A CERTIFIED COPY

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court's ADA Coordinator, The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED on: _____   Oct 28 2024 11:00 AM   Joseph Abruzzo
Clerk of the Court

By: _____

As Deputy Clerk



NOT A CERTIFIED COPY

2

EN EL TRIBUNAL DEL CONDADO DEL 15th CIRCUITO JUDICIAL, EN Y PARA EL CONDADO DE PALM BEACH, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

      Demandantes,

En,

BANK OF AMERICA, N.A., CITIBANK, N.A. y EQUIFAX INFORMATION SERVICES, LLC,

      Acusados.

                                     /

## <u>CITACIÓN</u>

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al demandado:       BANK OF AMERICA, N.A.

            100 North Tryon Street, Charlotte, NC 28255.

Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor, New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

3

NOT A CERTIFIED COPY

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____          Por:_____

                                                                    Como Secretario Adjunto

4

DEVANT LA COUR DE COMTÉ DU 5th ECIRCUIT JUDICIAIRE, DANS ET POUR LE COMTÉ DE HERNANDO, FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

NO. DE CAS.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

        Plaignant

Dans,

BANK OF AMERICA, N.A., CITIBANK, N.A. et EQUIFAX INFORMATION SERVICES, LLC,

        Défendeurs.

_____/

**<u>CONVOCATION</u>**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:   BANK OF AMERICA, N.A.

        100 North Tryon Street, Charlotte, NC 28255.

Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

NOT A CERTIFIED COPY

5

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Hernando County Courthouse, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : _____          Par:_____

À titre de sous-greffier

NOT A CERTIFIED COPY

6

<div align="right">

IN THE COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO.: 50-2024-CC-015875-XXXA-MB

</div>

PATRICK MERCARDANTE,

     Plaintiff,

v.

BANK OF AMERICA, N.A., CITIBANK, N.A., and EQUIFAX INFORMATION SERVICES, LLC,

     Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:    Citibank, National Association

5800 S Corporate Pl. Sioux Falls, SD 57108

Each defendant is required to serve written defenses to the complaint or petition on Thomas Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY 10038, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

<div align="center">1</div>

NOT A CERTIFIED COPY

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court's ADA Coordinator, William Hutchings Jr., MPA, PHR, the Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED on: _____ Oct 28 2024 11:00 AM

Joseph Abruzzo

Clerk of the Court

By: _____

As Deputy Clerk

2

EN EL TRIBUNAL DEL CONDADO DEL 15th CIRCUITO JUDICIAL, EN Y PARA EL CONDADO DE PALM BEACH, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

        Demandantes,

En,

BANK OF AMERICA, N.A., CITIBANK, N.A., y EQUIFAX INFORMATION SERVICES, LLC,

        Acusados.

_____/

**<u>CITACIÓN</u>**

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al

demandado:      Citibank, National Association

         5800 S Corporate Pl. Sioux Falls, SD 57108

Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a

Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor,

New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese

demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el

secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

3

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings Jr., MPA, PHR, the Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____          Por:_____

Como Secretario Adjunto

4

DEVANT LA COUR DE COMTÉ DU 15th ECIRCUIT JUDICIAIRE, DANS ET POUR LE COMTÉ DE PALM BEACH, FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

NO. DE CAS.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

      Plaignant

Dans,

BANK OF AMERICA, N.A., CITIBANK, N.A., et EQUIFAX INFORMATION SERVICES, LLC,

      Défendeurs.

_____ /

**<u>CONVOCATION</u>**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:    Citibank, National Association

                        5800 S Corporate Pl. Sioux Falls, SD 57108

Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

NOT A CERTIFIED COPY

5

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings Jr., MPA, PHR, the Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : _____    Par:_____

À titre de sous-greffier

6

IN THE COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

GEN. JURISDICTION DIV.

CASE NO.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

     Plaintiff,

v.

BANK OF AMERICA, N.A., CITIBANK, N.A. and EQUIFAX INFORMATION SERVICES, LLC,

     Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:    EQUIFAX INFORMATION SERVICES, LLC

     1550 Peachtree St NW, Atlanta, GA 30309

     Each defendant is required to serve written defenses to the complaint or petition on Thomas Bellinder, plaintiff's attorney, whose address is 180 Maiden Lane, 27th Floor, New York, NY 10038, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

1

NOT A CERTIFIED COPY

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court's ADA Coordinator, The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Oct 28 2024 10:59 AM

DATED on: _____

Joseph Abruzzo

Clerk of the Court

By: _____

As Deputy Clerk



EN EL TRIBUNAL DEL CONDADO DEL 15th CIRCUITO JUDICIAL, EN Y PARA EL CONDADO DE PALM BEACH, FLORIDA

JURISDICCIÓN GENERAL DIV.

NÚMERO DE CASO.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

      Demandantes,

En,

BANK OF AMERICA, N.A., CITIBANK, N.A. y EQUIFAX INFORMATION SERVICES, LLC,

      Acusados.

_____/

## CITACIÓN

EL ESTADO DE FLORIDA:

A cada sheriff del estado:

SE LE ORDENA entregar esta citación y una copia de la queja o petición en esta acción al demandado:    EQUIFAX INFORMATION SERVICES, LLC

            1550 Peachtree St NW, Atlanta, GA 30309

Se requiere que cada demandado entregue defensas por escrito a la demanda o petición a Thomas J. Bellinder, abogado del demandante, cuya dirección es 180 Maiden Lane, 27th Floor, New York, NY 10038, dentro de los 20 días posteriores a la entrega de esta citación a ese demandado, excluyendo el día de notificación, y presentar el original de las defensas ante el secretario de este tribunal antes de la entrega al abogado del demandante o inmediatamente

3

NOT A CERTIFIED COPY

después. Si un demandado no lo hace, se presentará un incumplimiento contra ese demandado por el alivio exigido en la demanda o petición.

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

FECHADO el: _____        Por:_____

                                                                    Como Secretario Adjunto

NOT A CERTIFIED COPY

4

DEVANT LA COUR DE COMTÉ DU 5th ECIRCUIT JUDICIAIRE, DANS ET POUR LE COMTÉ DE HERNANDO, FLORIDE

COMPÉTENCE GÉNÉRALE DIV.

NO. DE CAS.: 50-2024-CC-015875-XXXA-MB

PATRICK MERCARDANTE,

     Plaignant

Dans,

BANK OF AMERICA, N.A., CITIBANK, N.A. et EQUIFAX INFORMATION SERVICES, LLC,

     Défendeurs.

_____/

**<u>CONVOCATION</u>**

L'ÉTAT DE FLORIDE :

À chaque shérif de l'État :

IL VOUS EST ORDONNÉ de signifier cette assignation et une copie de la plainte ou de la pétition dans cette action au défendeur:   EQUIFAX INFORMATION SERVICES, LLC

     1550 Peachtree St NW, Atlanta, GA 30309

Chaque défendeur est tenu de signifier des défenses écrites à la plainte ou à la requête à Thomas J. Bellinder, l'avocat du demandeur, dont l'adresse est 180 Maiden Lane, 27th Floor, New York, NY 10038, dans les 20 jours suivant la signification de cette assignation à ce défendeur, à l'exclusion du jour de la signification, et de déposer l'original des défenses auprès du greffier de cette cour soit avant la signification à l'avocat du demandeur, soit immédiatement après. Si un défendeur ne le fait pas, un défaut sera inscrit contre ce défendeur pour la réparation demandée dans la plainte ou la requête.

NOT A CERTIFIED COPY

5

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Hernando County Courthouse, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171 ext. 2, nan 7 jou anvan dat ou gen randevou pou parèt nan tribunal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**

DATE LE : _____       Par:_____

À titre de sous-greffier

6

IN THE COUNTY COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

COUNTY CIVIL DIVISION: "RL"
CASE NO.: 502024CC015875XXXAMB

PATRICK MERCARDANTE,
    Plaintiff/Petitioner

vs.

BANK OF AMERICA NA,
EQUIFAX INFORMATION SERVICES LLC,
    Defendant/Respondents.

_____/

## ORDER IMPLEMENTING DIFFERENTIATED CASE MANAGEMENT PLAN, DESIGNATING CASE TO THE STREAMLINED TRACK, ORDER SETTING CALENDAR CALL AND CASE MANAGEMENT CONFERENCE, AND DIRECTING PRETRIAL AND MEDIATION PROCEDURES
### (DCMSJT)

**THIS MATTER** is a County Civil case calling for a jury trial, filed in the County Court. Pursuant to Fla. R. Gen. Prac. & Jud. Admin. 2.250(a)(1)(B) and 2.545(b), and Fifteenth Judicial Circuit Administrative Order 3.110 (as amended), **Plaintiff/Petitioner is directed to serve this Order** upon each Defendant/Respondent with the initial Complaint/Petition and Summons. It is:

**ORDERED AND ADJUDGED** that this case is designated to the **STREAMLINED TRACK** for time to disposition. This case shall be resolved within **twelve (12) months from the date of filing** and the following deadlines shall be observed unless all defendant(s) have been defaulted and/or dismissed. If all defendant(s) are defaulted or dismissed, then the Plaintiff shall file the appropriate documentation and upload the appropriate order(s) to move the case to final disposition within thirty (30) days from the date of default or dismissal. The deadlines and procedures set forth in this Order will be strictly enforced.

I. **SCHEDULING**

**YOU MUST APPEAR FOR CALENDAR CALL and a CASE MANAGEMENT CONFERENCE on October 7, 2025 at 9:00 am.** The parties must be ready to try the case by that date. The trial period begins the first business day of the immediately following week after the above-listed Case Management Conference and Calendar Call, unless otherwise described in the Divisional Instructions or by court order.

The Court will conduct the Calendar Call in person or by Zoom according to Divisional Instructions. If in person, the parties shall appear in Courtroom 6K, 205 N. Dixie Highway, West Palm Beach, FL 33401. All parties are instructed to review the Court's Divisional Instructions for appearance procedures (https://www.15thcircuit.com/divisions). Appearance of counsel who will try the case, and any pro-se (unrepresented) parties, is mandatory.

The anticipated number of days reserved for trial will be addressed at the Case Management Conference. Please be prepared to discuss the length of time and number of

witnesses anticipated. IF YOU OR YOUR WITNESS NEEDS AN INTERPRETER TO PARTICIPATE, PLEASE BRING ONE WITH YOU.

The Parties shall be prepared to discuss any issues that must be resolved prior to trial, including but not limited to issues raised by the parties' Pre-Trial Stipulation; trial procedures; jury selection procedures; jury instructions and objections; and the need for any special equipment, courtroom facilities, or interpreters. This Order serves as notice to the parties that failure to attend the Case Management Conference and Calendar Call will result in an Order of Dismissal without prejudice, or entry of default, without further notice or hearing. *See* Fla. R. Civ. P. 1.200(j)(6).

The following deadlines shall apply unless otherwise modified by the Court:

| | EVENT | COMPLETION DATE |
|---|---|---|
| 1. | Service of Complaint | February 19, 2025 Service under extension is only by court order. |
| 2. | Amendment of pleadings/adding parties | April 20, 2025 |
| 3. | Resolution of all motions/objections directed to the pleadings *(i.e. motions to dismiss or strike)* | April 20, 2025 |
| 4. | File Witness and Expert Lists | August 23, 2025 |
| 5. | Close of discovery | September 7, 2025 |
| 6. | File Exhibit Lists | September 7, 2025 |
| 7. | File Joint Pretrial Stipulation | September 27, 2025 |
| 8. | Deadline for Mediation | September 27, 2025 |
| 9. | Deadline to hear Dispositive Motions (i.e. Motions for Summary Judgment) | October 2, 2025 |
| 10. | Deadline to hear Pretrial Motions *(i.e. Motions in Limine)* | October 2, 2025 |
| 11. | Calendar Call/Trial Ready Date | October 7, 2025 |

The Court may, at any time, modify this Order by entry of: 1) a Trial Order; 2) an Amended Case Management Order; or 3) any other Order intended to establish a modified case resolution schedule, any of which shall supersede the deadlines set forth in this Order. The Court reserves the authority to expedite the trial setting and pretrial deadlines. Any motions to continue trial or modify this Case Management Order must be set for a Differentiated Case Management (DCM) Conference pursuant to Administrative Order 3.110.

The parties must expeditiously address all motions directed to the pleadings. All motions, including motions to dismiss or strike, and any other motion preventing the matter from being at issue, shall be scheduled for hearing within **five (5) days** of filing. Failure to schedule a hearing within **five (5) days** may result in the Court ruling on the papers or deeming the motion abandoned without further notice.

Note: If the above deadlines fall on a weekend or holiday, please refer to Fla. R. Gen. Prac. Jud. & Admin. 2.514.

II. **UNIFORM PRE-TRIAL PROCEDURE**

A. <u>WITNESS LISTS</u>

If not already done, each party must file and serve a list of the names and addresses of all fact witnesses to be called at trial no later than **forty-five (45) days before Calendar Call**.

B. <u>EXPERTS</u>

No later than **forty-five (45) days before Calendar Call**, all parties shall file and serve a list of the names, addresses, curricula vitae, and brief summaries of the opinions of all expert witnesses to be called at trial. A list of rebuttal experts shall be filed within **thirty-five (35) days prior to Calendar Call**.

C. <u>EXHIBIT LISTS</u>

No later than **thirty (30) days before Calendar Call**, each party shall file and serve an exhibit list. Each exhibit shall be separately numbered and identified. On the exhibit list, each party shall provide for a reasonable time and place for the other parties to see the exhibits. Each party shall file and serve a list of all objections to an opposing party's exhibits no later than **ten (10) days before Calendar Call**.

D. <u>DISCOVERY CUTOFF</u>

All discovery must be completed **thirty (30) days prior to Calendar Call** absent exceptional circumstances. Rulings as to admission on late discovery will be made on a case by case basis.

E. <u>MOTIONS</u>

All dispositive motions, motions in limine, deposition objections, and expert challenges must be filed, served and heard at least **five (5) days prior to Calendar Call**.

F. <u>COUNSEL MEETING AND PRE-TRIAL STIPULATION</u>

Counsel or the parties, if not represented by counsel, shall meet at a mutually convenient time and place no later than **twenty (20) days before Calendar Call** to discuss settlement, simplify the issues, and stipulate to as many facts and issues as possible, and prepare a Pre-Trial Stipulation in accordance with this paragraph.

It shall be the duty of Plaintiff's counsel to see that the Pre-Trial Stipulation is drawn, executed by counsel for all parties, and filed **no later than ten (10) days before Calendar Call. UNILATERAL PRE-TRIAL STATEMENTS ARE DISALLOWED UNLESS APPROVED BY THE COURT AFTER NOTICE AND HEARING**. Counsel(s) for all parties are charged with good faith cooperation in preparing the Pre-Trial Stipulation.

The Pre-Trial Stipulation shall contain the following in separately numbered paragraphs:

1. Names and contact information of attorneys to try case.
2. A list of all pending motions requiring action by the court.
3. A statement of estimated trial time.
4. **Statement of the Facts:** A concise statement of the facts of the case in an impartial, easily understandable manner which may be read to the jury.

Case No. 50-2024-CC-015875-XXXA-MB

5. **Stipulated Facts and Agreed Rules of Law:** A list of any stipulated facts requiring no proof at trial and any agreed rules of law.

6. **Statements of Disputed Law & Fact:** A statement of disputed issues of law and fact that are to be tried.

7. **Witness Lists:** Parties must attach their Witness Lists, including "Rebuttal" or "Impeachment" witnesses. If any party objects to any witness, such objections must be stated in the Stipulation, setting forth the grounds with specificity. At Trial, all parties will be strictly limited to witnesses properly and timely disclosed. Only those witnesses listed by NAME will be permitted to testify at trial.

8. **Exhibit Lists:** Parties must attach their Exhibit Lists. All exhibits to be offered in evidence at Trial must have been made available to opposing counsel for examination. Only those exhibits listed may be offered in evidence. If any party objects to the introduction of any such exhibit, such objection must be stated in the Pre-trial Stipulation, setting forth the grounds with specificity. Demonstrative exhibits (e.g. chart, enlargements of exhibits) to be used at a Jury Trial must be displayed to all counsel before being shown to the jury. All exhibits must be pre-marked and numbered consistent with Clerk guidelines.

9. **Jury Instructions:** Counsel must identify all agreed-upon standard jury instructions and all special instructions. Any objections or disputed jury instructions must be attached and identified as to the party that proposed the instruction [indicated in redline/track changes]. Copies of all agreed-upon instructions or disputed instructions must be attached to the Stipulation as one document, redlined as necessary, along with copies of supporting statutory citations and/or case law.

10. **Verdict Forms:** The jury verdict form must be attached and designated as agreed to or disputed.

11. **Peremptory Challenges:** State the number of peremptory challenges for each party.

12. And other agreements or issues for trial, if any.

G. <u>ADDITIONAL EXHIBITS OR WITNESSES</u>

A party desiring to use an exhibit or witness discovered after counsel should have disclosed the exhibit or witness shall immediately furnish the court and other counsel with a description of the exhibit or with the witness' name and address and the expected subject matter of the testimony, together with the reason for the late discovery of the exhibit or witness.

H. <u>JURY INSTRUCTIONS</u>

Counsel shall present all requested jury instructions, with citations of authority, in full written form at the Calendar Call as part of the Joint Pre-Trial Stipulation required above. Disputed jury instructions will be addressed on the day of Calendar Call unless otherwise ordered by the Court. As stated above, any objections or disputed jury instructions must be attached and identified as to the party that proposed the instruction [indicated in redline/track changes].

I. <u>UNIQUE QUESTIONS OF LAW</u>

Counsel shall submit memoranda with citations to legal authority in support of any unique legal questions which may reasonably be anticipated to arise during the trial.

III. **MEDIATION**

A. MEDIATION REQUIRED

All parties are required to participate in mediation. If the amount in controversy does not exceed $15,000, the parties may utilize the Circuit's Alternative Dispute Resolution Office by contacting CAD-MediationRef@pbcgov.org or call 561-355-6298. Otherwise, the parties shall utilize a private mediator.

1. The appearance of counsel who will try the case and representatives of each party with full authority to enter into a complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits shall attend.

2. At least one week before the conference, all parties shall file with the mediator a brief, written summary of the case containing a list of issues as to each party. If an attorney or party filing the summary wishes its content to remain confidential, he/she must advise the mediator in writing when the report is filed.

3. All discussions, representations, and statements made at the mediation conference shall be privileged consistent with Florida Statutes 44.102 and 90.408.

4. If utilizing the Circuit's ADR Office, the parties shall pay to the Clerk of Court, no later than ten (10) days prior to the date of the mediation session, $60.00 per session per side, pursuant to section 44.108, Florida Statutes (2022) at www.mypalmbeachclerk.com/services/make-payments/pay-mediation-fees, unless exempt pursuant to Administrative Order 2.803. Notice to the mediator of settlement prior to the scheduled mediation conference must be made at least 48 hours in advance. Failure to do so will result in the minimum fee for one session. Mediation may be scheduled to be in person, by telephone, or remotely by audio-video communication, or a combination thereof.

5. The mediator has no power to compel or enforce a settlement agreement. If a settlement is reached, it shall be the responsibility of the attorneys or parties to reduce the agreement to writing and to comply with Florida Rule of Civil Procedure 1.730(b), unless waived.

B. MEDIATION SCHEDULING

The Plaintiff's attorney or Plaintiff, if self-represented, is responsible for scheduling mediation. The parties should agree on a mediator. If they are unable to agree, any party may apply to the Court for appointment of a mediator in conformity with Rule 1.720(j), Fla. R. Civ. P. The lead attorney or party must file and serve on all parties and the mediator a Notice of Mediation giving the time, place, and date of the mediation and the mediator's name.

C. COMPLETION OF MEDIATION BEFORE CALENDAR CALL

NOT A CERTIFIED COPY

Completion of mediation is a prerequisite to trial and **must be completed no later than ten (10) days before Calendar Call**. If mediation is not conducted, or if a party fails to participate in mediation, the case may be stricken from the trial calendar, pleadings may be stricken, and other sanctions may be imposed.

D. <u>OPPOSITION TO MEDIATION</u>

Any party opposing mediation may proceed under Florida Rule of Civil Procedure 1.700(b).

IV. **NON-COMPLIANCE**

**NON-COMPLIANCE WITH ANY PORTION OF THIS ORDER MAY RESULT IN THE STRIKING OF THE CASE, WITNESSES, OR EXHIBITS, ENTRY OF DEFAULT OR DISMISSAL, OR IMPOSITION OF SUCH OTHER SANCTIONS AS IS JUST AND PROPER.**

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida.

50-2024-CC-015875-XXXA-MB   10/24/2024
Edward A. Garrison   County Judge

50-2024-CC-015875-XXXA-MB   10/24/2024
Edward A. Garrison
County Judge

A copy of this Order has been furnished to the Plaintiff. The Plaintiff shall serve this Order to the Defendant(s) in compliance with Administrative Order 3.110 (amended).

# ADA NOTICE

This notice is provided pursuant to Administrative Order No. 2.207-7/22

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene**

derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."



**JOSEPH ABRUZZO**

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**

5530282

Printed On:
10/28/2024 11:02
Page 1 of 1

| Receipt Number: 5530282 - Date 10/28/2024  Time 11:02AM | | | |
|---|---|---|---|
| **Received of:** | Thomas Jon-William Bellinder 180 Maiden Lane 27th Floor New York, NY 10038 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 32.50 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 32.50 |
| **Receipt ID:** | 11955510 | **Remaining Balance:** | 0.00 |
| **Division:** | RL: County Civil Central - RL(Civil) | | |

| Case# 50-2024-CC-015875-XXXA-MB -- PLAINTIFF/PETITIONER: MERCARDANTE, PATRICK | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 32.50 | 32.50 | 0.00 |
| **Case Total** | **32.50** | **32.50** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 12860343 | 32.50 |
| **Total Received** | | **32.50** |
| **Total Paid** | | **32.50** |



**How was your service today?** Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.